| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
NHC Food Company Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
46-2736148

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5182 Old Dixie Hwy** <br> **Forest Park, GA 30297** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clayton** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **NHC Food Company Inc.**      Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **NHC Food Company Inc.**                                        Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor     **New Happy Food Company**                    Relationship    **Affiliate**

District   **Northern District of Georgia**   When  **6/29/21**   Case number, if known  **21-54898**

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor  **NHC Food Company Inc.**  Case number (*if known*)
Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **NHC Food Company Inc.**                                                             Case number (*if known*)
Name

|   | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 29, 2021**
MM / DD / YYYY

X **/s/ You Nay Khao**                                         **You Nay Khao**
Signature of authorized representative of debtor              Printed name

Title   **Owner**

**18. Signature of attorney**

X **/s/ William A. Rountree**                                  Date **June 29, 2021**
Signature of attorney for debtor                               MM / DD / YYYY

**William A. Rountree**
Printed name

**Rountree, Leitman & Klein, LLC**
Firm name

**Century Plaza I**
**2987 Clairmont Road, Ste 350**
**Atlanta, GA 30329**
Number, Street, City, State & ZIP Code

Contact phone  **404-584-1238**         Email address  **swenger@rlklawfirm.com**

**616503 GA**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 5

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | NHC Food Company Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Atlanta Luck Food Company<br>5075 Pinetree St.<br>Forest Park, GA 30297 | Fax 404 600-8177 | | | | | $55,090.00 |
| Bridge Funding Cap LLC<br>5308 13th Ave.<br>Ste 324<br>Brooklyn, NY 11219 | | | Contingent<br>Unliquidated<br>Disputed | | | $100,000.00 |
| Fox Capital Group, Inc.<br>65 Broadway<br>Suite 804<br>New York, NY 10006 | YKlestzick@landklegal.com<br>email roger@foxbusinessfunding.com | | Contingent<br>Unliquidated<br>Disputed | | | $100,000.00 |
| Highbridge Funding, LLC | Peter.highbridge@gmail.com | | Contingent<br>Unliquidated<br>Disputed | $50,000.00 | $0.00 | $50,000.00 |
| Hunter Caroline Holdings, LLC<br>845 SW 17th St.<br>Fort Lauderdale, FL 33315 | support@huntercaroline.com | | Contingent<br>Unliquidated<br>Disputed | $250,000.00 | $0.00 | $250,000.00 |
| IMAD International, LLC.<br>217 Miller St.<br>Newark, NJ 07114 | medex967@aol.com | | | | | $98,997.00 |
| IOU Central Inc.<br>600 TownPark Lane, Suite 100<br>Kennesaw, GA 30144 | Fax 866-404-5117 | | Contingent<br>Unliquidated<br>Disputed | | | $100,000.00 |
| IOU Central Inc.<br>600 TownPark Lane, Suite 100<br>Kennesaw, GA 30144 | Fax 866 404-5117 | | Contingent<br>Unliquidated<br>Disputed | | | $400,000.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor **NHC Food Company Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **IOU Central Inc.**<br>600 TownPark Lane, Suite 100<br>Kennesaw, GA 30144 | Fax 866 404-5117 | | Contingent<br>Unliquidated<br>Disputed | | | $250,000.00 |
| **Merchant Advance, LLC**<br>1621 Central Ave<br>Cheyenne, WY 82001 | | | Contingent<br>Unliquidated<br>Disputed | $90,000.00 | $0.00 | $90,000.00 |
| **Metro City Bank**<br>5441 Buford Hwy #109<br>Atlanta, GA 30340 | | 5182 Old Dixie Hwy<br>Forest Park, GA 30297 | | $709,978.24 | $0.00 | $709,978.24 |
| **Mimi Food, Inc.**<br>P.O. Box 31759<br>Houston, TX 77231-1759 | foods@sbcglobal.net | | | | | $73,256.00 |
| **NewCo. Capital Group**<br>90 Broad Street Suite 903<br>New York, NY 10004 | bruce@newcocapitalgroup.com | | Contingent<br>Unliquidated<br>Disputed | | | $250,000.00 |
| **Prosperum Capital Partners, LLC, DBA Arsenal Funding,**<br>8 W. 36th St., 7th Floor<br>New York, NY 10018 | jason@jasongang.com | | Contingent<br>Unliquidated<br>Disputed | | | $100,000.00 |
| **River Capital Partners, LLC**<br>36 Airport Rd<br>Lakewood, NJ 08701 | jv@verstandiglawfirm.com | | Contingent<br>Unliquidated<br>Disputed | $250,000.00 | $0.00 | $250,000.00 |
| **Southeaster Provision, LLC.**<br>1617 Helton Rd.<br>Bean Station, TN 37708 | Southeasternprovision@yahoo.com | | | | | $57,132.00 |
| **The Avanza Group, LLC**<br>3974 Amboy Road Ste 306<br>Staten Island, NY 10308 | jzachter@zachterlaw.com | | Contingent<br>Unliquidated<br>Disputed | $100,000.00 | $0.00 | $100,000.00 |
| **Toyota Industries Commercial Finance, Inc.**<br>PO Box 9050<br>Coppell, TX 75019 | | | | $90,000.00 | $0.00 | $90,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **NHC Food Company Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Small Business Administration 2 North Street Ste 320 Birmingham, AL 35203** | | | | $180,000.00 | $0.00 | $180,000.00 |
| **Wells Fargo PO Box 6995 Portland, OR 97228** | | | | | | $103,457.85 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia

In re   **NHC Food Company Inc.**                                               Case No.
                            Debtor(s)                                            Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 29, 2021**                       **/s/ You Nay Khao**
                                                **You Nay Khao**/Owner
                                                Signer/Title

American Express
PO Box 1270
Newark, NJ 07101


Atlanta Luck Food Company
5075 Pinetree St.
Forest Park, GA 30297


Brian Schechter, Esq.
Schecter Law Office, PLLC
2371 McDonald Ave
Brooklyn, NY 11223


Bridge Funding Cap LLC
5308 13th Ave.
Ste 324
Brooklyn, NY 11219


De Lage Landen Financial
Services Inc.
1111 Old Eagle School Rd
Wayne, PA 19087


Fox Capital Group, Inc.
65 Broadway
Suite 804
New York, NY 10006


Fox Capital Group, Inc.
c/o Lieberman and Klestzick
LLC. 71 S. Central Ave 2nd Flr
Valley Stream, NY 11580


Green Note Capital Partners, Inc.
1202 Avenue U
Brooklyn, NY 11229

Highbridge Funding, LLC


Hunter Caroline Holdings, LLC
845 SW 17th St.
Fort Lauderdale, FL 33315


IMAD International, LLC.
217 Miller St.
Newark, NJ 07114


IOU Central Inc.
600 TownPark Lane, Suite 100
Kennesaw, GA 30144


Jacob Verstandig, Esq
Law Off. of Jacob Verstandig,
PLLC, 1459 E 13th St
Brooklyn, NY 11230


Jason A. Gang. Esq.
The Law office of Jason Gang
1245 Hewlett Plaza #478
Hewlett, NY 11557


Jeffrey Zachter
2 University Plaza Ste 205
Hackensack, NJ 07601


KYF Global Partners
1 Industrial Way W,
Bldg C
Eatontown, NJ 07724


LCA Bank Corporation
1375 Deer Valley Dr.
Suite 218
Park City, UT 84060

Mays Delicious, Inc.
10235 Southard Dr.
Beltsville, MD 20705


Merchant Advance, LLC
1621 Central Ave
Cheyenne, WY 82001


Metro City Bank
5441 Buford Hwy #109
Atlanta, GA 30340


Mimi Food, Inc.
P.O. Box 31759
Houston, TX 77231-1759


NewCo. Capital Group
90 Broad Street
Suite 903
New York, NY 10004


Nicholas Benedetto, Esq.
The Law Off. of Nicholas Bened
etto, 352 7th Ave, Ste 907
New York, NY 10001


Prosperum Capital Partners, LL
C, DBA Arsenal Funding,
8 W. 36th St., 7th Floor
New York, NY 10018


Ray's Food Import, LLC.
6020 Jessamine St.
Ste. 401
Houston, TX 77081


River Capital Partners, LLC
36 Airport Rd
Lakewood, NJ 08701

Southeaster Provision, LLC.
1617 Helton Rd.
Bean Station, TN 37708


The Avanza Group, LLC
3974 Amboy Road
Ste 306
Staten Island, NY 10308


The Avanza Group, LLC
c/o Zachter, PLLC
30 Wall Street, 8th Flr
New York, NY 10005


Toyota Industries Commercial
Finance, Inc.
PO Box 9050
Coppell, TX 75019


US Bank
PO Box 790408
Saint Louis, MO 63179-0408


US Small Business
Administration
 2 North Street Ste 320
Birmingham, AL 35203


Wells Fargo
PO Box 6995
Portland, OR 97228

# United States Bankruptcy Court
## Northern District of Georgia

In re  **NHC Food Company Inc.**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **NHC Food Company Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 29, 2021**

Date

**/s/ William A. Rountree**

**William A. Rountree**

Signature of Attorney or Litigant

Counsel for **NHC Food Company Inc.**

**Rountree, Leitman & Klein, LLC**
**Century Plaza I**
**2987 Clairmont Road, Ste 350**
**Atlanta, GA 30329**
**404-584-1238 Fax:404 704-0246**
**swenger@rlklawfirm.com**